**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BENNY TREADWAY**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO.: 3:12CV00060 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

It is so ordered this 7th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE